## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Daryl Brady, :
                Petitioner :
                 :
        v. : No. 482 M.D. 2019
                 :
Chief Hearing Examiner Zachary J. :
Moslak, Superintendent Barry Smith, :
Deputy D.J. Close, Major J. Barrows, :
Lt. Buterbaugh, Sgt. J. Murarik, :
Hearing Examiner S. Wiggins, :
and C.J. McKeown, :
           Respondents :

**PER CURIAM**               **O R D E R**

NOW, August 28, 2020, upon consideration of Petitioner's application for reconsideration, and Respondents' answer in response thereto, the application is denied.